UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRAIRIE BAND OF POTAWATOMI NATION, )<br>16281 Q Road )<br>Mayetta, Kansas 66509 )<br>     )<br>         Plaintiff, )<br>     )<br>v.   )<br>     )<br>GALE NORTON )<br>Secretary of the Interior, )<br>U.S. Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>     )<br>ROSS O. SWIMMER )<br>Special Trustee )<br>Office of Special Trustee )<br>for American Indians )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C.  20240 )<br>     )<br>JOHN W. SNOW )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20220 )<br>     )<br>         Defendants.   )<br>     )<br>_____) | Case No. 1:05CV02496 RCL<br><br><br><br>**PROPOSED ORDER** |

For the reasons set for in the Plaintiff's Motion for an Extension of Time to Serve it's Complaint, and the Court's Finding of good cause show it is this _____ day of April, 2006,

**ORDERED,**   That the Plaintiff shall be granted until July 28, 2006 to serve its complaint on the Defendants.

              _____
              Royce C. Lamberth
              United States District Court Judge

1