UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSEBUD SIOUX TRIBE,<br>P.O. Box 440<br>Rosebud, South Dakota 57570<br><br>      Plaintiff,<br><br>v.<br><br>GALE NORTON<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>      Defendants. | Case No. 1:05CVO2492 RCL<br><br><br><br>Declaration of Walter Lack |

As required by LCvR 83.2(d) I, Walter J. Lack, declare under penalty of perjury as follows:

1. My legal name is Walter John Lack.

2. My office address and telephone number are:
    Engstrom, Lipcomb & Lack
    10100 Santa Monica Boulevard
    16th Floor
    Los Angeles, California 90067-4107
    (310) 552- 3800

3. I have been a member of the State Bar of California since November 8, 1973. I am also admitted to practice law before the following courts:
    The United States District Court for the Central District of California
    Admitted – November 8, 1973

      The United States District Court for the Ninth Circuit
Admitted- 1973

      The United States Supreme Court
Admitted – 1981

      The United States District Court for the District of Hawaii,
Admitted, February 1, 2001

      The United States District Court for the District of Indiana,
Indianapolis Division
Admitted- June 2004

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear pro hac vice in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 16th day of February 2006.

    /s/_____
Walter John Lack
California Bar # 57550
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067
(310) 552-3800