**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **PRAIRIE BAND OF POTAWATOMI NATION,** | ) | |
| **16281 Q Road** | ) | |
| **Mayetta, Kansas 66509** | ) | |
| **Plaintiff,** | ) | **Case No. 1:05CVO2496 RCL** |
| | ) | |
| **v.** | ) | **Judge: Royce C. Lamberth** |
| **GALE NORTON** | ) | |
| **Secretary of the Interior,** | ) | |
| **U.S. Department of the Interior** | ) | |
| **1849 C Street, N.W.** | ) | **ORDER FOR ADMISSION OF** |
| **Washington, D.C. 20240** | ) | **WALTER J. LACK -PRO HAC VICE** |
| | ) | |
| **ROSS O. SWIMMER** | ) | |
| **Special Trustee** | ) | |
| **Office of Special Trustee** | ) | |
| **for American Indians** | ) | |
| **Department of the Interior** | ) | |
| **1849 C Street, N.W.** | ) | |
| **Washington, D.C.  20240** | ) | |
| | ) | |
| **JOHN W. SNOW** | ) | |
| **Secretary of the Treasury** | ) | |
| **1500 Pennsylvania Avenue, N.W.** | ) | |
| **Washington, D.C. 20220** | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

For the reasons set for in the Motion filed by Attorney Walter J. Lack and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Walter's J. Lack's Declaration dated February 16, 2006, which demonstrates that Attorney Lack meets all of the requirements of LCvR 83.2 (d),   it is ORDERED, this _____ day of April, 2006,  that Attorney Walter Lack's Motion for admission to appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lambert
United States District Court Judge