UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRAIRIE BAND OF POTAWATOMI INDIANS,** )<br>16281 Q Road )<br>Mayetta, Kansas 66509 )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>**GALE NORTON** )<br>**Secretary of the Interior,** )<br>**U.S. Department of the Interior** )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br> )<br>**ROSS O. SWIMMER** )<br>**Special Trustee** )<br>**Office of Special Trustee** )<br>**for American Indians** )<br>**Department of the Interior** )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br> )<br>**JOHN W. SNOW** )<br>**Secretary of the Treasury** )<br>1500 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20220 )<br> )<br>Defendants. )<br> ) | Case No. 1:05CVO2496 RCL<br><br>Declaration of Walter Lack |

As required by LCvR 83.2(d) I, Walter J. Lack, declare under penalty of perjury as follows:

1. My legal name is Walter John Lack.

2. My office address and telephone number are:
    Engstrom, Lipcomb & Lack
    10100 Santa Monica Boulevard
    16th Floor
    Los Angeles, California 90067-4107
    (310) 552- 3800

3. I have been a member of the State Bar of California since November 8, 1973. I am also admitted to practice law before the following courts:
    The United States District Court for the Central District of California
    Admitted – November 8, 1973

       The United States District Court for the Ninth Circuit
       Admitted- 1973

       The United States Supreme Court
       Admitted – 1981

       The United States District Court for the District of Hawaii,
       Admitted, February 1, 2001

       The United States District Court for the District of Indiana,
       Indianapolis Division
       Admitted- June 2004

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear pro hac vice in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 16th day of February 2006.

                                /s/_____
                                Walter John Lack
                                California Bar # 57550
                                Engstrom, Lipcomb & Lack
                                10100 Santa Monica Boulevard
                                16th Floor
                                Los Angeles, California 90067
                                (310) 552-3800