UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRAIRIE BAND OF POTAWATOMI NATION,**<br>16281 Q Road<br>Mayetta, Kansas 66509<br><br>          Plaintiff,<br><br>v.<br><br>**GALE NORTON**<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>**ROSS O. SWIMMER**<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>**JOHN W. SNOW**<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>          **Defendants.** | Case No. 1:05CVO2496 RCL<br><br>Judge: Royce C. Lamberth<br><br><br><br>Motion for Admission<br>Pro Hac Vice |

___

Pursuant to LCvR 82.3(d), the undersigned attorney, a member in good standing of the bar of this Court, joined by Rahul Ravipudi, a member in good standing of the State Bar of California, hereby respectfully moves this Court to permit Rahul Ravipudi to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff, the Prairie Band of Potawatomi Nation. This motion is supported by the accompanying Declaration of Rahul Ravipudi which has been prepared in accordance with LCvR 83.2(d) and which demonstrates that Attorney Ravipudi meets all of the requirements of that local rule.

Respectfully submitted this 11th day of May, 2006

/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel:  (410) 489-4553


/s/_____
Rahul Ravipudi, Esq.
California Bar # 204519
Engstrom, Lipcomb & lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067-4108
(310) 552-3800