UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRAIRIE BAND OF POTAWATOMI NATION,** ) <br> 16281 Q Road ) <br> Mayetta, Kansas 66509 ) <br>           ) <br>                    Plaintiff, ) <br>           ) <br> v.           ) <br>           ) <br> **GALE NORTON** ) <br> **Secretary of the Interior,** ) <br> U.S. Department of the Interior ) <br> 1849 C Street, N.W. ) <br> Washington, D.C. 20240 ) <br>           ) <br> **ROSS O. SWIMMER** ) <br> Special Trustee ) <br> Office of Special Trustee ) <br> for American Indians ) <br> Department of the Interior ) <br> 1849 C Street, N.W. ) <br> Washington, D.C. 20240 ) <br>           ) <br> **JOHN W. SNOW** ) <br> Secretary of the Treasury ) <br> 1500 Pennsylvania Avenue, N.W. ) <br> Washington, D.C. 20220 ) <br>           ) <br>                    **Defendants.** ) <br>           ) | Case No. 1:05CVO2496 RCL <br><br> Judge: Royce C. Lamberth <br><br><br> Declaration to Accompany <br> Motion for Admission <br> Pro Hac Vice of Rahul Ravipudi |

_____

As required by LCvR 83.2(d), I Rahul Ravipudi declare under penalty of perjury as follows:

(1) My legal name is Rahul Ravipudi.

(2) My office address and telephone number are:

>Engstrom, Lipcomb & Lack
>10100 Santa Monica Boulevard
>16th Floor
>Los Angeles, California 90067-4107
>(310) 552-3800

(3) I have been a member of the State Bar of California since December of 1999. My

California Bar number is # 204519.  I am also admitted to practice law before the United States Federal District Courts for the Eastern and the Central Districts of California.

(4) I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

(5) I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

(6) I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and do I not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 11th day of May 2006

/s/_____
Rahul Ravipudi
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067-4107
(310) 552-3800