UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PRAIRIE BAND OF POTAWATOMI,<br>16281 Q Road<br>Mayetta, Kansas 66509<br>　　　　　　　　Plaintiff, | )<br>)<br>)<br>)<br>) | Case No. 1:05CVO2496 RCL |
| v. | )<br>) | |
| GALE NORTON<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>) | ORDER FOR ADMISSION OF<br>RAHUL RAVIPUDI-PRO HAC VICE |
| ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

_____

　　　　For the reasons set for in the Motion filed by Attorney Rahul Ravipudi and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Rahul Ravipudi's Declaration dated May 11, 2006, which demonstrates that Attorney Ravipudi meets all of the requirements of LCvR 83.2 (d),   it is ORDERED, this _____ day of May, 2006,  that Attorney Rahul Ravipudi's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Royce C. Lambert
　　　　　　　　　　　　　　　　　　　　United States District Court Judge