UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF COLUMBIA

| | |
|---|---|
| Prairie Band of Potawatomi Nation )<br>16281 Q. Road )<br>Mayetta, Kansas 66509 )<br>         Plaintiff, )<br> )<br>   v. )<br> )<br>GALE NORTON )<br>Secretary of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br> )<br>ROSS O. SWIMMER )<br>Special Trustee )<br>Office of Special Trustee for )<br>American Indians )<br>Department of Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br> )<br>JOHN W. SNOW )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20220 )<br> )<br>         Defendant. )<br> )<br> ) | CASE NO. 1:05CV02496 RCL<br><br><br>Declaration to Accompany<br>Motion for Admission<br>Pro Hac Vice |

    As required by LCvR 83.2(d), I, Thomas V. Girardi, declare under penalty of perjury as follows:

    1.    My legal name is Thomas Vincent Girardi.

    2.    My office address and telephone number are:

>Girardi|Keese
>1126 Wilshire Boulevard
>Los Angeles, California 90017
>(213) 977-0211

3. I have been a member of the State Bar of California since January 13, 1965. I am also admitted to practice law before the following courts:

>The United States District Court for the Central District of California
>Admitted-January 1965

>The United States Supreme Court
>Admitted-January 1965

>The United States District Court for the District of Hawaii
>Admitted, 2001

>The United States District Court for the District of Indiana
>Admitted, 2004

>The United States District Court for the District of Louisiana
>Admitted, 2006

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear pro hac vice in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 22nd day of June, 2006.


/s/_____
Thomas V. Girardi, Esq.

Girardi|Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211

3