# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF COLUMBIA

| | |
|---|---|
| Prairie Band of Potawatomi Nation )<br>16281 Q. Road )<br>Mayetta, Kansas  66509 )<br>)<br>     <u>Plaintiff</u>, )<br>) | CASE NO. 1:05CV02496 RCL |
|  v. )<br>) | |
| GALE NORTON )<br>Secretary of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 ) | ORDER FOR ADMISSION OF |
| ) | THOMAS V. GIRARDI – PRO |
| ROSS O. SWIMMER )<br>Special Trustee )<br>Office of Special Trustee for )<br>American Indians )<br>Department of Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>) | HAC VICE |
| JOHN W. SNOW )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20220 )<br>)<br>     <u>Defendant</u>. )<br>)<br>)<br>)<br>)<br>) | |

  For the reasons set for in the Motion filed by Attorney Thomas V. Girardi and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Thomas V. Girardi's Declaration dated June 22, 2006, which demonstrates that Attorney Girardi meets all of the requirements

2

of LCvR83.2(d). It is ORDERED, this _____ day of June, 2006, that Attorney Thomas Girardi' Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lambert
United States District Court Judge

2