AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Prairie Band of Potawatomi Indians

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, et. al.

CASE NUMBER:  1:05-CV-02496 RCL

TO: (Name and address of Defendant)

KENNETH WAINSTEIN
UNITED STATES' ATTORNEY
555 4TH STREET N.W.
WASHINGTON, D.C. 21797

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA MARKS, ESQ.
15992 A.E. MULLINIX ROAD
WOODBINE, MARYLAND 21797

an answer to the AMENDED complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. AMENDED

**NANCY M. MAYER-WHITTINGTON**  _____7/14/2006_____
CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 10, 2006 |
| NAME OF SERVER (PRINT) Patricia Marks | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _I served by US Mail certified return receipt requested_

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _Aug 4, 2006_    _Patricia Marks_
         Date                Signature of Server

         15992 AE Mullinix Rd
         Woodbine, MD 21797
         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Emmett L Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  JUL 1 0 2006  C. Date of Delivery |
| 1. Article Addressed to:<br><br>KENNETH WAINSTEIN<br>UNITED STATES ATTORNEY<br>555 4TH STREET N.W.<br>WASHINGTON, D.C. 20530<br><br>_Grave Band_ | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1

UNITED STATES POSTAL SERVICE | First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Patricia Marks, Esq
15992 A.E. Mullinix Road
Woodbine, Maryland 21797



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| Postage | $ | $4.05 | |
| Certified Fee | | $2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $8.30 | 07/17/2006 |

Sent To: KENNETH WAINSTEIN
Street, Apt. No.; or PO Box No.: UNITED STATES ATTORNEY
City, State, ZIP+4: 555 4TH STREET N.W. WASHINGTON, D.C. 20530

PS Form 3800