UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PRAIRIE BAND OF POTAWATOMI NATION  )<br>16281 Q Road                                                    )<br>Mayetta, Kansas  66509                              )<br>                                                                  )<br>                         Plaintiff,                     )<br>                                                                  )<br>v.                                                              )<br>                                                                  )<br>GALE NORTON                                         )<br>Secretary of the Interior,                            )<br>U.S. Department of the Interior                  )<br>1849 C Street, N.W.                                  )<br>Washington, D.C. 20240                          )<br>                                                                  )<br>ROSS O. SWIMMER                                )<br>Special Trustee                                           )<br>Office of Special Trustee                          )<br>for American Indians                                )<br>Department of the Interior                         )<br>1849 C Street, N.W.                                  )<br>Washington, D.C. 20240                          )<br>                                                                  )<br>JOHN W. SNOW                                      )<br>Secretary of the Treasury                         )<br>1500 Pennsylvania Avenue, N.W.            )<br>Washington, D.C. 20220                          )<br>                                                                  )<br>                       Defendants.                  )<br>                                                                  )| Case No.1:05CV02496<br><br>Judge: Royce C. Lamberth<br><br><br><br><br><br>Declaration to Accompany<br>Motion for Admission<br>Pro Hac Vice | |

_____

DECLARATION OF  BRIAN J. LEINBACH

As required by LCvR 83.2(d), I BRIAN J. LEINBACH, declare under penalty of perjury as follows:

1. My legal name is Brian J. Leinbach

2. My office address and telephone number are:
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067-4107
(310) 552- 3800

3. I have been a member of the State Bar of California since December 14, 1992. I am also admitted to practice law before the United States District Court for the Central District of California in December 14, 1992.

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 6th day of September, 2006.

/s/_____
Brian J. Leinbach
California Bar # 161739
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067
(310) 552-3800