UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRAIRIE BAND OF POTAWATOMI,<br>16281 Q Road<br>Mayetta, Kansas 66509<br>          Plaintiff,<br><br>v.<br><br>GALE NORTON<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br>          Defendants. | Case No. 1:05CVO2496 RCL<br><br><br><br><br>ORDER FOR ADMISSION OF<br>BRIAN LEINBACH-PRO HAC VICE |

_____

For the reasons set for in the Motion filed by Attorney Brian Leinbach and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Brian Leinbach's Declaration filed September 7, 2006, which demonstrates that Attorney Leinbach meets all of the requirements of LCvR 83.2 (d), it is

ORDERED, this _____ day of September, 2006, that Attorney Brian Leinbach's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

                                                      _____
                                                      Royce C. Lambert
                                                      United States District Court Judge