UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PRAIRIE BAND OF POTAWATOMI NATION ) | | |
| 16281 Q. Road ) | | |
| Mayetta, Kansas 66509 ) | | |
| ) | | |
|             Plaintiff, ) | Case No.1:05CVO2496 | |
| ) | | |
| v. ) | | |
| ) | Judge: Royce C. Lamberth | |
| GALE NORTON ) | | |
| Secretary of the Interior, ) | | |
| U.S. Department of the Interior ) | | |
| 1849 C Street, N.W. ) | | |
| Washington, D.C. 20240 ) | | |
| ) | Declaration to Accompany | |
| ROSS O. SWIMMER ) | Motion for Admission | |
| Special Trustee ) | Pro Hac Vice | |
| Office of Special Trustee ) | | |
| for American Indians ) | | |
| Department of the Interior ) | | |
| 1849 C Street, N.W. ) | | |
| Washington, D.C.  20240 ) | | |
| ) | | |
| JOHN W. SNOW ) | | |
| Secretary of the Treasury ) | | |
| 1500 Pennsylvania Avenue, N.W. ) | | |
| Washington, D.C. 20220 ) | | |
| ) | | |
|             Defendants. ) | | |
| ) | | |

_____

DECLARATION OF KEITH D. GRIFFIN

    As required by LCvR 83.2(d), I Keith D. Griffin declare under penalty of perjury as follows:

1. My legal name is Keith D. Griffin.

2. My office address and telephone number are:
        Girardi & Keese
        1126 Wilshire Blvd.
        Los Angeles, CA 90017
        (213) 977-0211

3.  I have been a member of the State Bar of California since December of 1999.  I am also admitted to practice law before the United States District Courts for the

Central District of California.

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 15th day of September 2006.

/s/_____
Keith D. Griffin
California Bar # 204388
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211