UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PRAIRIE BAND OF POTAWATOMI NATION,**)<br>16281 Q. Road<br>Mayetta, Kansas 66509 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:05CVO2496 RCL |
| v. | )<br>) | |
| **GALE NORTON**<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>) | **ORDER FOR ADMISSION**<br>**PRO HAC VICE** |
| **ROSS O. SWIMMER**<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C.  20240 | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| **JOHN W. SNOW**<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | )<br>)<br>)<br>)<br>) | |
| **Defendants.** | ) | |

_____

For the reasons set for in the Motion filed by Attorney Keith Griffin and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Keith Griffin's Declaration filed September 15, 2006, which demonstrates that Attorney Griffin meets all of the requirements of LCvR 83.2 (d),   it is ORDERED, this _____ day of September, 2006,  that Attorney Keith Griffin's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lambert
United States District Court Judge