IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRAIRIE BAND OF POTAWATOMI NATION, ) ) ) Plaintiff, ) ) v. ) ) DIRK KEMPTHORNE, ) Secretary of the Interior, et al., ) ) Defendants. ) ) | Case No. 1:05cv02496 (RCL) |

**JOINT MOTION FOR ENLARGEMENT OF TIME
FOR DEFENDANTS TO FILE ANSWER OR
OTHERWISE RESPOND TO AMENDED COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff and Defendants jointly and respectfully move the Court for an enlargement of time, to and including March 29, 2007, for Defendants to file their Answer or otherwise respond to the Amended Complaint. Based on the date of service of the Amended Complaint, the current deadline for filing the Answer or otherwise responding to the Amended Complaint is September 25, 2006. This motion is the parties' first such joint motion.

The grounds for the parties' joint motion are as follows:

1. Plaintiff filed this case on December 30, 2005. Plaintiff requested and received an extension of time from the Court, to and including July 28, 2006, to serve the Complaint on Defendants.

2. On July 13, 2006, Plaintiff filed an Amended Complaint. Based on the date of service of the Amended Complaint, Defendants are currently obligated to file an answer or otherwise

respond to the Amended Complaint by September 25, 2006.

3. On September 12, 2006, counsel for Plaintiff conducted a meeting and telephone conference call with counsel for the Defendants, as well as attorneys from the Solicitor's Office of the United States Department of the Interior and from the Chief Counsel's Office of the Financial Management Service of the United States Department of the Treasury. Among other things, the parties discussed and agreed to (a) explore the possibility of settlement discussions in this case; (b) undertake several activities, including informal requests and productions of relevant or potentially relevant documents and data, in exploration of and preparation for settlement discussions; and (c) seek an enlargement of time for Defendants to file their Answer or otherwise respond to the Amended Complaint.

4. The parties believe that their discussions may lead to a settlement of this case. Such a settlement would avoid an undue burden on and expense of time, resources, and effort by the Court and the parties. The parties believe that their requested enlargement of time will facilitate their efforts to explore the possibility of settlement discussions, engage in the production or exchange of relevant or potentially relevant documents and data, and launch their settlement discussions.

WHEREFORE the parties respectfully request that their joint motion be GRANTED.

Respectfully submitted this 18th day of September, 2006,

*/s/ Patricia A. Marks*
PATRICIA A. MARKS
United States District Court Bar #22672
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Tel:  (410) 489-4553
Fax: (301) 854-5117

WALTER J. LACK
BRIAN J. LEINBACH

Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
Tel: (310) 552-3800
Fax: (310) 552-9434

THOMAS V. GIRARDI
KEITH GRIFFIN
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Tel: (213) 977-0211
Fax: (213) 481-1554

GREGORY A. YATES
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Tel: (310) 858-6944
Fax: (818) 905-7038

MARIO GONZALEZ
522 7th Street, Suite 202
Rapid City, SD 57701-2756
Tel: (605) 716-6355
Fax: (605) 716-6357

MAURICE JOHNSON
10844 Old Mill Road, Suite 4
Omaha, NE 68154
Tel: (402) 934-0198
Fax: (402) 934-0714

Attorneys for Plaintiff

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG, FL Bar #798193
MARTIN J. LALONDE, IL Bar #6218249
KEVIN J. LARSEN, AZ Bar #019865
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663

Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Tel: (202) 305-0258
Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing JOINT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO FILE ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT and [PROPOSED] ORDER was served on September 18, 2006, by Electronic Case Filing or by regular United States mail, first-class postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Fax: (301) 854-5117

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Fax: (310) 552-9434

Thomas V. Girardi
Keith Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Fax: (213) 481-1554

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

Mario Gonzalez
522 7th Street, Suite 202
Rapid City, SD  57701-2756
Fax: (605) 716-6357

Maurice Johnson
10844 Old Mill Road, Suite 4
Omaha, NE 68154
Fax: (402) 934-0714

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG