IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRAIRIE BAND OF POTAWATOMI NATION, ) ) ) Plaintiff, ) ) v. ) ) DIRK KEMPTHORNE, ) Secretary of the Interior, et al., ) ) Defendants. ) _____) | Case No. 1:05cv02496 (RCL) |

## [PROPOSED] ORDER

This matter is before the Court on the parties' joint motion for enlargement of time for Defendants to file an Answer or otherwise respond to the Amended Complaint.  Upon consideration of the parties' joint motion and for good cause shown, it is hereby ordered that:

1. The parties' motion for enlargement of time should be and hereby is GRANTED;

2. Defendants shall have to and including March 29, 2007, within which to file an Answer or otherwise respond to the Amended Complaint.

SO ORDERED.


Date:_____        _____
                                      HON. ROYCE C. LAMBERTH
                                      United States District Judge

The following counsel should be notified of the entry of this Order:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD 21797
Fax: (301) 854-5117

Gregory A. Yates
16830 Ventura Boulevard, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

Walter L. Lack
Brian Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, CA 90067
Fax: (310) 552-9434

Thomas V. Girardi
Keith Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA. 91436
Fax: (213) 481-1554

Mario Gonzalez
522 7th Street, Suite 202
Rapid City, SD 57701-2756
Fax: (605) 716-6357

Maurice Johnson
10844 Old Mill Road, Suite 4
Omaha, NE 68154
Fax (402) 934-0714

Anthony P. Hoang
Martin J. Lalonde
Kevin J. Larsen
United States Department of Justice
Environment and Natural Resources Section
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Fax: (202) 353-2021