UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PRAIRIE BAND POTAWATOMI NATION,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. 05-2496 (RCL) |
| **DIRK KEMPTHORNE,** Secretary of the Interior, <u>et</u> <u>al.</u>, | ) ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

This matter is before the Court on the parties' joint motion [22] for enlargement of time for Defendants to file an Answer or otherwise respond to the Amended Complaint. Upon consideration of the parties' joint motion and for good cause shown, it is hereby ordered that:

1. The parties' motion for enlargement of time should be and hereby is GRANTED; and

2. Defendants shall have to and including March 29, 2007, within which to file an Answer or otherwise respond to the Amended Complaint.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 19, 2006.