PRAIRIE BAND OF POTAWATOMI NATION, )
        Plaintiff(s)     )   **APPEARANCE**
                                )
                                )
            vs.         )   CASE NUMBER    1:05 CV 02496 (RCL)
DIRK KEMPTHORNE,                 )
Secretary of the Interior, et al.      )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   BRIAN J. LEINBACH   as counsel in this
                                      (Attorney's Name)

case for:   PRAIRIE BAND OF POTAWATOMI NATION
                  (Name of party or parties)


NOVEMBER 2006                         /s/
Date                                         Signature

                                        BRIAN J. LEINBACH
California State Bar No. 161739       Print Name
BAR IDENTIFICATION
                                        10100 Santa Monica Blvd., 16th Flr.
                                        Address

                                        Los Angeles, CA 90067-4107
                                        City       State       Zip Code

                                        310-552-3800
                                        Phone Number