# United States District Court
# For the District of Columbia

PRAIRIE BAND OF POTAWAMI  
NATION,                                        )  
        Plaintiff(s)            )            **APPEARANCE**  
                                      )  
                                      )  
        vs.                          )            CASE NUMBER    1:05 CV 02496 (RCL)  
DIRK KEMPTHORNE,                    )  
Secretary of the Interior, et al.      )  
        Defendant(s)          )  

To the Clerk of this court and all parties of record:

Please enter the appearance of   WALTER J. LACK   as counsel in this  
                                  (Attorney's Name)

case for:  PRAIRIE BAND OF POTAWATOMI NATION  
                (Name of party or parties)

NOVEMBER 17, 2006                          /s/  
_____        _____  
Date                                              Signature  

                                        WALTER J. LACK  
California State Bar No. 57550         _____  
_____          Print Name  
BAR IDENTIFICATION  
                                        10100 Santa Monica Blvd., 16th Flr.  
                                        Address  

                                        Los Angeles, CA 90067-4107  
                                        City           State           Zip Code  

                                        310-552-3800  
                                        Phone Number