# United States District Court
# For the District of Columbia

PRAIRIE BAND OF POTAWATOMI NATION, )
      Plaintiff(s)     )    **APPEARANCE**
                           )
                           )
      vs.     )    CASE NUMBER   1:05 CV 02496 (RCL)
DIRK KEMPTHORNE, )
Secretary of the Interior, et al. )
      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   BRIAN J. LEINBACH   as counsel in this
                                     (Attorney's Name)

case for:  PRAIRIE BAND OF POTAWATOMI NATION
                  (Name of party or parties)

NOVEMBER   2006                       /s/
Date                               Signature

                                  BRIAN J. LEINBACH
California State Bar No. 161739       Print Name
BAR IDENTIFICATION
                                  10100 Santa Monica Blvd., 16th Flr.
                                  Address

                                  Los Angeles, CA 90067-4107
                                  City       State       Zip Code

                                  310-552-3800
                                  Phone Number