IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| Assiniboine & Sioux Tribes of the Fort | ) | Civil Action No. 02-0035 (JR) |
| Peck Indian Reservation v. Norton, *et al.*, | ) | |
| | ) | |
| Standing Rock Sioux Tribe v. Norton, *et al.*, | ) | Civil Action No. 02-0040 (JR) |
| | ) | |
| Three Affiliated Tribes of the Fort | ) | Civil Action No. 02-0253 (JR) |
| Berthold Reservation v. Norton, *et al.*, | ) | |
| | ) | |
| Shoshone-Bannock Tribes of the Fort | ) | Civil Action No. 02-0254 (JR) |
| Hall Reservation v. Norton, *et al.*, | ) | |
| | ) | |
| Chippewa Cree Tribe of the Rocky Boy's | ) | Civil Action No. 02-0276 (JR) |
| Reservation v. Norton, *et al.*, | ) | |
| | ) | |
| Yankton Sioux Tribe v. Norton, *et al.*, | ) | Civil Action No. 03-1603 (JR) |
| | ) | |
| Osage Tribe of Indians of Oklahoma | ) | Civil Action No. 04-0283 (JR) |
| v. United States of America, *et al.*, | ) | |
| | ) | |
| Crow Creek Sioux Tribe | ) | Civil Action No. 04-0900 (JR) |
| v. Kempthorne, *et al.*, | ) | |
| | ) | |
| Omaha Tribe of Nebraska | ) | Civil Action No. 04-0901 (JR) |
| v. Kempthorne, *et al.*, | ) | |
| | ) | |
| Oglala Sioux Tribe v. Kempthorne, *et al.*, | ) | Civil Action No. 04-1126 (JR) |
| | ) | |
| The Confederated Tribes of the Colville | ) | Civil Action No. 05-2471 (JR) |
| Reservation v. Norton, *et al.*, | ) | |
| | ) | |
| Wyandot Nation of Kansas | ) | Civil Action No. 05-2491 (JR) |
| v. Kempthorne, *et al.*, | ) | |
| | ) | |
| Rosebud Sioux Tribe v. Kempthorne, *et al.*, | ) | Civil Action No. 05-2492 (JR) |
| | ) | |
| Winnebago Tribe of Nebraska | ) | Civil Action No. 05-2493 (JR) |
| v. Kempthorne, *et al.*, | ) | |
| | ) | |
| Lower Brule Sioux Tribe | ) | Civil Action No. 05-2495 (JR) |
| v. Kempthorne, *et al.*, | ) | |
| | ) | |

| | | |
|---|---|---|
| Prairie Band of Potawatomi Nation<br>v. Kempthorne, *et al.*, | ) | Civil Action No. 05-2496 (JR) |
| | ) | |
| Te-Moak Tribe of Western Shoshone<br>Indians v. Norton, *et al.*, | ) | Civil Action No. 05-2500 (JR) |
| | ) | |
| Cheyenne River Sioux Tribe<br>v. Kempthorne, *et al.*, | ) | Civil Action No. 06-1897 (JR) |
| | ) | |
| Stillaguamish Tribe of Indians<br>v. Kempthorne, *et al.*, | ) | Civil Action No. 06-1898 (JR) |
| | ) | |
| Iowa Tribe of Kansas and Nebraska<br>v. Kempthorne, *et al.*, | ) | Civil Action No. 06-1899 (JR) |
| | ) | |
| Confederated Tribes of the Goshute<br>Reservation v. Kempthorne, *et al.*, | ) | Civil Action No. 06-1902 (JR) |
| | ) | |
| Muskogee (Creek) Nation of Oklahoma<br>v. Kempthorne, *et al.*, | ) | Civil Action No. 06-2161 (JR) |
| | ) | |
| Eastern Shawnee Tribe of Oklahoma<br>v. Kempthorne, *et al.*, | ) | Civil Action No. 06-2162 (JR) |
| | ) | |
| Northwestern Band of Shoshone<br>v. Kempthorne, *et al.*, | ) | Civil Action No. 06-2163 (JR) |
| | ) | |
| Red Cliff Band of Lake Superior Indians<br>Indians v. Kempthorne, *et al.*, | ) | Civil Action No. 06-2164 (JR) |
| | ) | |
| Pechanga Band of Luiseno Mission Indians<br>v. Kempthorne, *et al.*, | ) | Civil Action No. 06-2206 (JR) |
| | ) | |
| Colorado River Indian Tribes<br>v. Kempthorne, *et al.*, | ) | Civil Action No. 06-2212 (JR) |
| | ) | |
| Tohono O'Odham Nation<br>v. Kempthorne, *et al.*, | ) | Civil Action No. 06-2236 (JR) |
| | ) | |
| Nez Perce Tribe, *et al.*,<br>v. Kempthorne, *et al.*, | ) | Civil Action No. 06-2239 (JR) |
| | ) | |
| Passamaquoddy Tribe of Maine<br>v. Kempthorne, *et al.*, | ) | Civil Action No. 06-2240 (JR) |

|                                                                        |     |                               |
| ---------------------------------------------------------------------- | --- | ----------------------------- |
|                                                                        | )   |                               |
| Salt River Pima-Maricopa Indian                                        | )   | Civil Action No. 06-2241 (JR) |
| Community v. Kempthorne, *et al.*,                                     | )   |                               |
|                                                                        | )   |                               |
| Coeur D'Alene Tribe v. Kempthorne, *et al.*,                          | )   | Civil Action No. 06-2242 (JR) |
|                                                                        | )   |                               |
| Ak-Chin Indian Community                                               | )   | Civil Action No. 06-2245 (JR) |
| v. Kempthorne, *et al.*,                                               | )   |                               |
|                                                                        | )   |                               |
| Sokaogon Chippewa Community                                            | )   | Civil Action No. 06-2247 (JR) |
| v. Kempthorne, *et al.*,                                               | )   |                               |
|                                                                        | )   |                               |
| Gila River Indian Community                                            | )   | Civil Action No. 06-2249 (JR) |
| v. Kempthorne, *et al.*,                                               | )   |                               |
|                                                                        | )   |                               |
| Northern Cheyenne Tribe of Indians                                     | )   | Civil Action No. 06-2250 (JR) |
| v. Kempthorne, *et al.*,                                               | )   |                               |
|                                                                        | )   |                               |
| Haudenosaunee: The Onondaga Nation                                     | )   | Civil Action No. 06-2254 (JR) |
| v. Kempthorne, *et al.*,                                               | )   |                               |
| _____                                   | )   |                               |

## DEFENDANTS' MOTION FOR A REMAND AND STAY OF LITIGATION

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Defendants hereby move

for a remand in, and a stay of the litigation of the above-captioned thirty-seven (37) cases so that

the United States Department of the Interior (Interior) can prepare and issue a plan to address the

Tribes' requests for accounting of their trust funds and non-monetary trust assets.  As explained

in the accompanying memorandum of points and authorities and the supporting declaration of

Ross Swimmer, Interior commits to preparing and issuing a historical accounting plan for all

tribes within six (6) months of the date of this Court's grant of the remand and entry of the stay.

At the conclusion of this initial stay, Interior will provide its historical accounting plan to

Plaintiffs and the Court.  The Court should defer any decision on further proceedings until

Interior provides its historical accounting plan, at which time the parties can advise the Court of

their proposals for further proceedings based on the plan. The conduct and completion of tribal accountings under Interior's accounting plan would not begin until after the Court has considered the parties' proposals and determined whether the stay and remand should continue or whether other proceedings should occur first.

As a necessary consequence of a remand, the Court should suspend proceedings in this case, especially formal discovery, to permit Interior to focus its human and financial resources on the preparation and issuance of the tribal historical accounting plan. To the extent any of the Plaintiffs in the above-listed thirty-seven (37) cases claim any breach of legal duty beyond those related to the handling of tribal trust funds and assets, those claims, as well as any others, also should be stayed pending completion of the historical tribal accounting plan.

Pursuant to LCvR 7, counsel for Defendants contacted or attempted to contact all of Plaintiffs' counsel about this motion by telephone and/or e-mail. In all but three cases, Plaintiffs' counsel stated that Plaintiffs would oppose this motion. Of the remaining three Plaintiffs, counsel for the Three Affiliated Tribes of the Fort Berthold Reservation stated that Plaintiff was unable to provide a position on Defendants' motion until after reviewing Defendants' motion and brief in support thereof; and counsel for the Sokaogon Chippewa Community and the Shoshone-Bannock Tribes of the Fort Hall Reservation had not responded to Defendants' messages and e-mails seeking their position by the time of the filing of this motion.

Respectfully submitted this ___ day of August 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

*s/ Kevin J. Larsen*
KEVIN J. LARSEN AZ Bar# 019865
United States Department of Justice
Natural Resources Section
601 D Street, N.W.
Washington, D.C. 20004
Kevin.larsen@usdoj.gov
TEL: (202) 305-0258
FAX: (202) 353-2021

ANTHONY P. HOANG
JOHN H. MARTIN
MAUREEN RUDOLPH
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources
Division
Natural Resources Division
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0479
Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

GLADYS COJOCARI
PAUL B. SMYTH
ELISABETH BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury

-5-

Washington, D.C.  20227

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing DEFENDANTS'

MOTION FOR A REMAND AND STAY OF LITIGATION, THE MEMORANDUM IN

SUPPORT THEREOF, THE ATTACHMENTS AND EXHIBITS THERETO, AND THE

PROPOSED ORDER were served on August 10, 2007, by Electronic Case Filing and/or by

overnight mail, postage prepaid, on the following counsel:

**_Counsel for Assiniboine & Sioux Tribes of the_**
**_Fort Peck Indian Reservation_**
    William R. Perry
    Anne D. Noto
    SONOSKY, CHAMBERS, SACHSE, ENDRESON & PERRY
    1425 K Street, N.W., Suite 600
    Washington, D.C.  20005
    (202) 682-0249 FAX

**_Counsel for Standing Rock Sioux Tribe_**
    William R. Perry
    SONOSKY, CHAMBERS, SACHSE, ENDRESON & PERRY
    1425 K Street, N.W., Suite 600
    Washington, D.C.  20005
    (202) 682-0249 FAX

**_Counsel for Three Affiliated Tribes of the Fort Berthold Reservation_**
    Alexander J. Pires, Jr.
    4401 Q Street, N.W.
    Washington, D.C. 20007
    (202) 338-3635 FAX

**_Counsel for Shoshone-Bannock Tribes of the Fort Hall Reservation_**
    Anne D. Noto
    SONOSKY, CHAMBERS, SACHSE, ENDRESON & PERRY
    1425 K Street, N.W., Suite 600
    Washington, D.C.  20005
    (202) 682-0249 FAX

    Jeanette Wolfley
    202 North Arthur
    Pocatello, ID  83204
    (208) 232-7472 FAX

**_Counsel for Chippewa Cree Tribe of the Rocky Boy's Reservation_**
> Daniel D. Belcourt
> Kim J. Gottschalk
> Mark Christopher Tilden
> Melody L. McCoy
> NATIVE AMERICAN RIGHTS FUND
> 1506 Broadway
> Boulder, CO 80302
> Fax: 303-443-7776 FAX

**_Counsel for Yankton Sioux Tribe_**
> Albert A. Foster, Jr.
> John J. Lynch
> DILLINGHAM & MURPHY LLP
> 1155 Connecticut Avenue, NW
> Suite 1120
> Washington, DC 20036
> (202) 835-9885 FAX

> Jeffrey M. Herman
> Stuart S. Mermelstein
> HERMAN & MERMELSTEIN, P.A.
> 18205 Biscayne Boulevard
> Suite 2218
> Miami, FL 33160
> (305) 931-0877 FAX

**_Counsel for Osage Tribe of Indians of Oklahoma_**
> Deborah Y. Ho
> PIPESTEM LAW FIRM, P.C.
> 1333 New Hampshire Avenue, NW
> Washington, DC 20036
> (202) 659-4931 FAX

**_Counsel for Crow Creek Sioux Tribe_**
> Gregory A. Yates
> 16830 Ventura Boulevard
> Suite 250
> Encino, CA 91436
> (818) 905-7038 FAX

> Patricia Ann Marks
> 15992 A.E. Mullnix Road
> Woodbine, MD 21797-8440
> (301) 854-5117 FAX

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Thomas V. Girardi
Keith D. Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

**_Counsel for Omaha Tribe of Nebraska_**

Gregory A. Yates
16830 Ventura Boulevard
Suite 250
Encino, CA 91436
(818) 905-7038 FAX

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067-4107
(310) 552-9434 FAX

Thomas V. Girardi
Keith D. Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

**_Counsel for Oglala Sioux Tribe_**

Gregory A. Yates
16830 Ventura Boulevard

Suite 250
Encino, CA 91436
(818) 905-7038 FAX

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Thomas V. Girardi
Keith D. Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

**_Counsel for The Confederated Tribes of Coville_**

Allen Vern Farber
DRINKER BIDDLE & REATH LLP
1500 K Street, NW
Washington, DC 20005-1209
(202) 230-5354 FAX

Thomas W. Christie
OFFICE OF THE RESERVATION ATTORNEY CONFEDERATED TRIBES
OF THE COLVILLE RESERVATION
One Colville Street
Nespelem, WA 99155
(509) 634-2387 FAX

**_Counsel for Wyandot Nation of Kansas_**

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Brian J. Leinbach

Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Keith D. Griffin
Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

**_Counsel for Rosebud Sioux Tribe_**

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Keith D. Griffin
Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
(818) 905-7038 FAX

**_Counsel for Winnebago Tribe of Nebraska_**

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Keith D. Griffin
Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

**_Counsel for Lower Brule Sioux Tribe_**

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Keith D. Griffin
Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

**_Counsel for Prairie Band of Potawatomi Nation_**

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard

Los Angeles, CA 90017
(213) 481-1554 FAX

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
(818) 905-7038 FAX

**_Counsel for Te-Moak Tribe of Western Shoshone_**

Albert A. Foster, Jr.
DILLINGHAM & MURPHY LLP
1155 Connecticut Avenue, NW
Suite 1120
Washington, DC 20036
(202) 835-9885 FAX

**_Counsel for Cheyenne River Sioux Tribe_**

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Keith D. Griffin
Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

**_Counsel for Stillaguamish Tribe of Indians_**

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Keith D. Griffin
Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

1Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
(818) 905-7038 FAX

### *Counsel for Iowa Tribe of Kansas and Nebraska*

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

Brian J. Leinbach
Walter J. Lack
ENGSTROM, LIPCOMB & LACK
10100 Santa Monica Boulevard
16th Floor
Los Angeles, CA 90067
(310) 552-9434 FAX

Keith D. Griffin
Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 481-1554 FAX

**_Counsel for Confederated Tribes of the Goshute Reservation_**
     Patricia Ann Marks
     15992 A.E. Mullnix Road
     Woodbine, MD 21797-8440
     (301) 854-5117 FAX

     Brian J. Leinbach
     Walter J. Lack
     ENGSTROM, LIPCOMB & LACK
     10100 Santa Monica Boulevard
     16th Floor
     Los Angeles, CA 90067
     (310) 552-9434 FAX

     Keith D. Griffin
     Thomas V. Girardi
     GIRARDI & KEESE
     1126 Wilshire Boulevard
     Los Angeles, CA 90017
     (213) 481-1554 FAX

**_Counsel for Muskogee (Creek) Nation of Oklahoma_**
     Patricia Ann Marks
     15992 A.E. Mullnix Road
     Woodbine, MD 21797-8440
     (301) 854-5117 FAX

     Walter J. Lack
     Brian J. Leinbach
     ENGSTROM, LIPSCOMB & LACK
     10100 Santa Monica Blvd., 16th Floor
     Los Angeles, CA  90067-4107
     (310) 552-9434 FAX

     Thomas V. Girardi
     Keith Griffin
     GIRARDI & KEESE
     1126 Wilshire Boulevard
     Los Angeles, CA 90017-1904
     (213) 481-1554 FAX

     Gregory A. Yates
     16830 Ventura Blvd, Suite 250
     Encino, CA 91436
     (818) 905-7038 FAX

***Counsel for Eastern Shawnee Tribe of Oklahoma***
       Patricia Ann Marks
       15992 A.E. Mullnix Road
       Woodbine, MD 21797-8440
       (301) 854-5117 FAX

***Counsel for Northwestern Band of Shoshone***
       Patricia Ann Marks
       15992 A.E. Mullnix Road
       Woodbine, MD 21797-8440
       (301) 854-5117 FAX

***Counsel for Red Cliff Band of Lake Superior Indians***
       Patricia Ann Marks
       15992 A.E. Mullnix Road
       Woodbine, MD 21797-8440
       (301) 854-5117 FAX

***Counsel for Pechanga Band of Luiseno Mission Indians***
       Steven D. Gordon
       Lynn E. Calkins
       Stephen J. McHugh
       HOLLAND & KNIGHT LLP
       2099 Pennsylvania Avenue, NW
       Suite 100
       Washington, DC 20006-6801
       (202) 955-5564 FAX

***Counsel for Colorado River Indian Tribes***
       Steven D. Gordon
       Lynn E. Calkins
       Stephen J. McHugh
       HOLLAND & KNIGHT LLP
       2099 Pennsylvania Avenue, NW
       Suite 100
       Washington, DC 20006-6801
       (202) 955-5564 FAX

***Counsel for Tohono O'Odham Nation***
       Keith M. Harper
       George William Austin, III
       KILPATRICK STOCKTON, LLP
       607 14th Street, NW
       Suite 900
       Washington, DC 20005
       (202) 585-0919 FAX

**_Counsel for Nez Perce Tribe, et al._**
>David L. Gover
>Donald R. Wharton
>John E. Echohawk
>Melody L. McCoy
>Walter R. Echo-Hawk, Jr.
>NATIVE AMERICAN RIGHTS FUND
>1506 Broadway
>Boulder, CO 80302
>(303) 443-7776 FAX

>Dawn Sturdevant Baum
>NATIVE AMERICAN RIGHTS FUND
>1712 N Street, NW
>Washington, DC 20036
>(202) 822-0068 FAX

**_Counsel for Passamaquoddy Tribe of Maine_**
>Keith M. Harper
>George William Austin, III
>KILPATRICK STOCKTON, LLP
>607 14th Street, NW
>Suite 900
>Washington, DC 20005
>(202) 585-0919 FAX

**_Counsel for Salt River Pima-Maricopa Indian_**
>Keith M. Harper
>George William Austin, III
>KILPATRICK STOCKTON, LLP
>607 14th Street, NW
>Suite 900
>Washington, DC 20005
>(202) 585-0919 FAX

**_Counsel for Coeur D'Alene Tribe_**
>Allen Vern Farber
>DRINKER BIDDLE & REATH LLP
>1301 K Street, NW
>Suite 900, East Tower
>Washington, DC 20005-3317
>(202) 230-5354 FAX

>Eric R. Van Orden
>THE COEUR d'ALENE TRIBE

Office of Legal Counsel
850 A Street
Plummer, ID 83851
(208) 686-0400

**_Counsel for Ak-Chin Indian Community_**

Keith M. Harper
George William Austin, III
KILPATRICK STOCKTON, LLP
607 14th Street, NW
Suite 900
Washington, DC 20005
(202) 585-0919 FAX

Edward R. Roybal, II
STRICKLAND AND STRICKLAND, P.C.
6124 E. Brown Road
Suite 101
Mesa, AZ 85205
(480) 854-8687 FAX

**_Counsel for Sokaogon Chippewa Community_**

Patricia Ann Marks
15992 A.E. Mullnix Road
Woodbine, MD 21797-8440
(301) 854-5117 FAX

**_Counsel for Gila River Indian Community_**

Nicole H. Sprinzen
AKIN, GUMP, STRAUSS, HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Suite 400
Washington, DC 20036
(202) 887-4288 FAX

**_Counsel for Northern Cheyenne Tribe of Indians_**

Steven D. Gordon
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006-6801
(202) 955-5564 FAX

**_Counsel for Haudenosaunee: The Onondaga Nation_**

Curtis Gene Berkey

ALEXANDER, BERKEY, WILLIAMS & WEATHERS, LLP
2030 Addison Street
Suite 410
Berkeley, CA 94704
510-548-7080 FAX

_/s/ Kevin J. Larsen_____
KEVIN J. LARSEN