IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Assiniboine & Sioux Tribes of the Fort Peck Indian Reservation v. Norton, *et al.*, | Civil Action No. 02-0035 (JR) |
| Standing Rock Sioux Tribe v. Norton, *et al.*, | Civil Action No. 02-0040 (JR) |
| Three Affiliated Tribes of the Fort Berthold Reservation v. Norton, *et al.*, | Civil Action No. 02-0253 (JR) |
| Shoshone-Bannock Tribes of the Fort Hall Reservation v. Norton, *et al.*, | Civil Action No. 02-0254 (JR) |
| Chippewa Cree Tribe of the Rocky Boy's Reservation v. Norton, *et al.*, | Civil Action No. 02-0276 (JR) |
| Yankton Sioux Tribe v. Norton, *et al.*, | Civil Action No. 03-1603 (JR) |
| Osage Tribe of Indians of Oklahoma v. United States of America, *et al.*, | Civil Action No. 04-0283 (JR) |
| Crow Creek Sioux Tribe v. Kempthorne, *et al.*, | Civil Action No. 04-0900 (JR) |
| Omaha Tribe of Nebraska v. Kempthorne, *et al.*, | Civil Action No. 04-0901 (JR) |
| Oglala Sioux Tribe v. Kempthorne, *et al.*, | Civil Action No. 04-1126 (JR) |
| The Confederated Tribes of the Colville Reservation v. Norton, *et al.*, | Civil Action No. 05-2471 (JR) |
| Wyandot Nation of Kansas v. Kempthorne, *et al.*, | Civil Action No. 05-2491 (JR) |
| Rosebud Sioux Tribe v. Kempthorne, *et al.*, | Civil Action No. 05-2492 (JR) |
| Winnebago Tribe of Nebraska v. Kempthorne, *et al.*, | Civil Action No. 05-2493 (JR) |
| Lower Brule Sioux Tribe v. Kempthorne, *et al.*, | Civil Action No. 05-2495 (JR) |

| | |
|---|---|
| Prairie Band of Potawatomi Nation ) <br> v. Kempthorne, *et al.*, ) | Civil Action No. 05-2496 (JR) |
| Te-Moak Tribe of Western Shoshone ) <br> Indians v. Norton, *et al.*, ) | Civil Action No. 05-2500 (JR) |
| Cheyenne River Sioux Tribe ) <br> v. Kempthorne, *et al.*, ) | Civil Action No. 06-1897 (JR) |
| Stillaguamish Tribe of Indians ) <br> v. Kempthorne, *et al.*, ) | Civil Action No. 06-1898 (JR) |
| Iowa Tribe of Kansas and Nebraska ) <br> v. Kempthorne, *et al.*, ) | Civil Action No. 06-1899 (JR) |
| Confederated Tribes of the Goshute ) <br> Reservation v. Kempthorne, *et al.*, ) | Civil Action No. 06-1902 (JR) |
| Muskogee (Creek) Nation of Oklahoma ) <br> v. Kempthorne, *et al.*, ) | Civil Action No. 06-2161 (JR) |
| Eastern Shawnee Tribe of Oklahoma ) <br> v. Kempthorne, *et al.*, ) | ) Civil Action No. 06-2162 (JR) |
| Northwestern Band of Shoshone ) <br> v. Kempthorne, *et al.*, ) | Civil Action No. 06-2163 (JR) |
| Red Cliff Band of Lake Superior Indians ) <br> Indians v. Kempthorne, *et al.*, ) | Civil Action No. 06-2164 (JR) |
| Pechanga Band of Luiseno Mission Indians ) <br> v. Kempthorne, *et al.*, ) | Civil Action No. 06-2206 (JR) |
| Colorado River Indian Tribes ) <br> v. Kempthorne, *et al.*, ) | Civil Action No. 06-2212 (JR) |
| Tohono O'Odham Nation ) <br> v. Kempthorne, *et al.*, ) | Civil Action No. 06-2236 (JR) |
| Nez Perce Tribe, *et al.*, ) <br> v. Kempthorne, *et al.*, ) | Civil Action No. 06-2239 (JR) |
| Passamaquoddy Tribe of Maine ) <br> v. Kempthorne, *et al.*, ) | Civil Action No. 06-2240 (JR) |

|  |  |
|---|---|
| Salt River Pima-Maricopa Indian Community v. Kempthorne, *et al.*, | Civil Action No. 06-2241 (JR) |
| Coeur D'Alene Tribe v. Kempthorne, *et al.*, | Civil Action No. 06-2242 (JR) |
| Ak-Chin Indian Community v. Kempthorne, *et al.*, | Civil Action No. 06-2245 (JR) |
| Sokaogon Chippewa Community v. Kempthorne, *et al.*, | Civil Action No. 06-2247 (JR) |
| Gila River Indian Community v. Kempthorne, *et al.*, | Civil Action No. 06-2249 (JR) |
| Northern Cheyenne Tribe of Indians v. Kempthorne, *et al.*, | Civil Action No. 06-2250 (JR) |
| Haudenosaunee: The Onondaga Nation v. Kempthorne, *et al.*, | Civil Action No. 06-2254 (JR) |

## [PROPOSED] ORDER

This matter is before the Court on Defendants' Motion for A Remand and Stay Of Litigation. Upon consideration of the Motion and for good cause shown, it is hereby ORDERED:

1. Defendants' Motion is GRANTED.

2. The accounting claims in these cases are remanded to the Department of the Interior for a period of six months from the date of this Order. During such time, the Department of the Interior will complete an historical accounting plan for tribal trust funds and assets. At the conclusion of this initial stay, Interior will provide its historical tribal accounting plan to plaintiffs and the Court.

3. The above-captioned cases shall be stayed through the completion of the historical accounting plan.

SO ORDERED.

Date: _____    _____
HON. JAMES ROBERTSON
United States District Court Judge