**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PRAIRIE BAND OF POTAWATOMI NATION, : <br> : <br>     Plaintiff, : <br> : <br>     v. : <br> : <br> DIRK KEMPTHORNE, Secretary of the Interior, *et al.*, : <br> : <br>     Defendants. : | Civil Action No. 05-2496 (JR) |

**ORDER**

Upon consent of the parties, it is **ORDERED** that proceedings are temporarily stayed, and that a joint status report be filed on or before July 3, 2008.


                                                 JAMES ROBERTSON
                                  United States District Judge