IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRAIRIE BAND OF POTAWATOMI NATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, et al., )<br>)<br>Defendants. )<br>_____ ) | No. 1:05-cv-2496-JR |

**NOTICE OF APPEARANCE**

TO THE COURT, AND TO ALL ATTORNEYS OF RECORD:

Please enter the appearance of Keith D. Griffin as additional counsel for Plaintiff in this case.

Service of all papers on Mr. Griffin by regular United States mail should be made to the following address:

>Keith D. Griffin
>Girardi & Keese
>1126 Wilshire Boulevard
>Los Angeles, CA 90017
>Telephone: 213-977-0211
>Fax: (213) 481-1554
>email: **kgriffin@girardikeese.com**

DATED THIS 16th day of May, 2008.

>       /s/
>Brian J. Leinbach, Esq.
>California State Bar No.161739
>bleinbach@elllaw.com
>ENGSTROM, LIPSCOMB & LACK

|  |  |
|---|---|
|  | 10100 Santa Monica Blvd, 16th Floor<br>Los Angeles, California 90067<br>Tel: (310) 552-3800<br>Fax: (310) 552-9434<br>**Attorney for Plaintiff** |
| OF COUNSEL: | Walter J. Lack, Esq.<br>California State Bar No. 57550<br>wlack@elllaw.com<br>ENGSTROM, LIPSCOMB & LACK<br>10100 Santa Monica Blvd, 16th Floor<br>Los Angeles, California 90067<br>Tel: (310) 552-3800<br>Fax: (310) 552-9434<br><br>Patricia A. Marks, Esq.<br>U.S. District Court Bar No. 446702<br>Markspattyesq@aol.com<br>15992 A.E. Mullinix Road<br>Woodbine, Maryland 21797-8440<br>Tel: (410) 489-4553<br>Fax: (301) 854-5117<br><br>Thomas V. Girardi, Esq.<br>Keith D. Griffin, Esq.<br>California State Bar No. 36603<br>sfujimoto@girardikeese.com<br>GIRARDI & KEESE<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017-1904<br>Tel: (213) 977-0211<br>Fax: (213) 481-1554<br><br>Gregory A. Yates, Esq.<br>U.S. District Court Bar No. 001<br>California State Bar No. 63259<br>gyates@gregoryayates.net<br>16830 Ventura Boulevard, Suite 250<br>Encino, California 91436<br>Tel: (310) 858-6944<br>Fax: (818) 905-7038 |

CERTIFICATE OF SERVICE

     I hereby certify that the foregoing NOTICE OF APPEARANCE was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

>Anthony P. Hoang
>Michael D. Thorp
>Jody H. Schwarz
>Martin J. Lalonde
>U.S. Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington DC 20044-0663
>Tel: 202-305-0241
>Tel: 202-305-0456
>Fax: 202-353-2021

Dated: This 16th day of May, 2008.

>/s/ Linda Stark
>LINDA STARK

301863