IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRAIRIE BAND OF POTAWATOMI NATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, <u>et al.</u>, )<br>)<br>Defendants. )<br>_____ ) | No. 1:05-cv-2496-JR |

**NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD FOR PLAINTIFF**

TO THE COURT, AND TO ALL ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that RAHUL RAVIPUDI is no longer with the firm of Engstrom, Lipscomb & Lack and hereby withdraws as counsel of record for Plaintiffs in this matter.

DATED THIS 16th day of May, 2008.

                                      /s/
                              Brian J. Leinbach, Esq.
                              California State Bar No.161739
                              bleinbach@elllaw.com
                              ENGSTROM, LIPSCOMB & LACK
                              10100 Santa Monica Blvd, 16th Floor
                              Los Angeles, California 90067
                              Tel: (310) 552-3800
                              Fax: (310) 552-9434
                              **Attorney for Plaintiff**

|  |  |
|---|---|
| OF COUNSEL: | Walter J. Lack, Esq.<br>California State Bar No. 57550<br><wlack@elllaw.com><br>ENGSTROM, LIPSCOMB & LACK<br>10100 Santa Monica Blvd, 16th Floor<br>Los Angeles, California 90067<br>Tel: (310) 552-3800<br>Fax: (310) 552-9434<br><br>Patricia A. Marks, Esq.<br>U.S. District Court Bar No. 446702<br>Markspattyesq@aol.com<br>15992 A.E. Mullinix Road<br>Woodbine, Maryland 21797-8440<br>Tel: (410) 489-4553<br>Fax: (301) 854-5117<br><br>Thomas V. Girardi, Esq.<br>Keith D. Griffin, Esq.<br>California State Bar No. 36603<br>sfujimoto@girardikeese.com<br>GIRARDI & KEESE<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017-1904<br>Tel: (213) 977-0211<br>Fax: (213) 481-1554<br><br>Gregory A. Yates, Esq.<br>U.S. District Court Bar No. 001<br>California State Bar No. 63259<br>gyates@gregoryayates.net<br>16830 Ventura Boulevard, Suite 250<br>Encino, California 91436<br>Tel: (310) 858-6944<br>Fax: (818) 905-7038 |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD FOR PLAINTIFF was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

>Anthony P. Hoang
>Michael D. Thorp
>Jody H. Schwarz
>Martin J. Lalonde
>U.S. Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington DC 20044-0663
>Tel: 202-305-0241
>Tel: 202-305-0456
>Fax: 202-353-2021

Dated: This 16th day of May, 2008.

>/s/ Linda Stark
>LINDA STARK

301863