IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PRAIRIE BAND OF POTAWATOMI NATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:05cv02496 (JR) |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

---

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
FOR ENTRY OF TRUST RECORD PRESERVATION ORDER**

---

On April 29, 2008, the Salt River Pima-Maricopa Indian Community ("the Community") and other plaintiffs filed motions for the entry of trust record preservation orders ("Motion for RRO") in their respective cases. *See, e.g.,* Motion for RRO, *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.) (Dkt. No. 31). In the memorandum accompanying the Motion for RRO, counsel for the Community represented that twenty-two additional individual and groups of tribal plaintiffs "joined in th[e] motion." *See, e.g.,* Memo in Support of Motion for RRO, *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.) (Dkt. No. 32), p. 3. Plaintiff in this case is among the Tribes identified as having joined in the Motion for RRO. Indeed, on May 2, 2008, Plaintiff in the instant case filed a motion to join the Motion for RRO. The Court granted Plaintiff's motion to join on May 6, 2008.

On the same date as this Response to Plaintiff's Motion for Entry of Trust Record Preservation Order ("Response"), the defendants in *Salt River Pima-Maricopa Indian Community* have filed, or will file, a Response to Plaintiff's Motion for Entry of Trust Record Preservation Order ("Opposition"), as well as numerous declarations in support of the Opposition. In the Opposition, the defendants explain in great detail why record retention orders in these Tribal trust cases are unnecessary and prejudicial to the defendants because the orders would, (1) in all critical respects, be duplicative of record preservation procedures already in place, and (2) in numerous critical respects, impose burdens upon the defendants that would substantially impede their operations and mission. Because Defendants in the instant case believe that no trust preservation order is necessary or appropriate, Defendants join in the Opposition filed by the defendants in *Salt River Pima Maricopa Tribe*, and, in support of the instant Response, rely upon the declarations filed in support of the Opposition.

For the reasons set forth above, as well as the reasons set forth in the Opposition and supporting declarations filed in *Salt River Pima Maricopa Tribe*, Defendants request that Plaintiff's Motion for Entry of Trust Record Preservation Order be denied in its entirety.

Respectfully submitted this 20th day of June 2008,

>*/s/ Michael D. Thorp*
>MICHAEL D. THORP
>ANTHONY P. HOANG, FL Bar #798193
>United States Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C.  20044-0663
>Tel: (202) 305-0456
>Tel: (202) 305-0241
>Fax: (202) 353-2021
>
>Attorneys for Defendants

OF COUNSEL:

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20220

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF TRUST RECORD PRESERVATION ORDER was served on June 20, 2008, by Electronic Case Filing or by regular United States Mail, first-class postage pre-paid, and electronic mail transmission or telefax, unless otherwise noted below, on the following counsel:


BRIAN J. LEINBACH
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Tel:  (310) 552-3800
Fax: (310) 552-9434

WALTER J. LACK
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Tel:  (310) 552-3800
Fax: (310) 552-9434

PATRICIA A. MARKS
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Tel:  (410) 489-4553
Fax: (301) 854-5117

THOMAS V. GIRARDI
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Tel:  (213) 977-0211
Fax: (213) 481-1554

KEITH D. GRIFFIN
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554
kgriffin@girardikeese.com

                                      */s/ Michael D. Thorp*
                                      *MICHAEL D. THORP*