IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRAIRIE BAND OF POTAWATOMI NATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:05cv02496 (JR) |
| DIRK KEMPTHORNE,<br>Secretary of the Interior, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff's Motion for Entry of Trust Record Preservation Order. Upon consideration of the motion and supporting memoranda, the response filed in this case as well as the response submitted by the defendants in *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.), the record, and the relevant law, it is on this _____ day of _____, 2008,

ORDERED that, for good cause shown, Plaintiff's motion is DENIED.


Dated: _____     _____
                            JAMES ROBERTSON
                            United States District Judge